NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**

*Appellant*

**v.**

**PERSONALIZED MEDIA COMMUNICATIONS, LLC,**

*Cross-Appellant*

---

2022-1206, 2022-1207, 2022-1250

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00721, IPR2020-00725.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    GOOGLE LLC v. PERSONALIZED MEDIA COMMUNICATIONS, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

January 23, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 23, 2024